Matter of Strong v Martuscello (2024 NY Slip Op 06530)

Matter of Strong v Martuscello

2024 NY Slip Op 06530

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Dec. 20, 2024.)

MOTION NO. (632/24) TP 24-00456.

[*1]IN THE MATTER OF WILLIE STRONG, PETITIONER,
v
DANIEL F. MARTUSCELLO, III, ACTING COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.